AO 240 (Rev. 10/03)

**E-FILED**
Tuesday, 05 June, 2007 08:20:08 AM
Clerk, U.S. District Court, ILCD

FILED
JUN 04 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# UNITED STATES DISTRICT COURT

_Central_ _____ **District of** _____ Illinois

*Tom W. Rodgers*
Plaintiff

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

*Mclean County Detention Facility*
*Diane Hughes et al*
Defendant

CASE NUMBER: *07-1143*

I, *Tom W. Rodgers* _____ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?       ☑ Yes     ☐ No          (If "No," go to Part 2)

    If "Yes," state the place of your incarceration *McLean County Detention Facility*
    *104 West Front Street / Bloomington, Il 61701*
    Are you employed at the institution? *NO*  Do you receive any payment from the institution? *NO*

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2.  Are you currently employed?       ☑ Yes          ☐ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. *200.00 to 500.00 per Month*
    *American Economic + Social Equality Assoc. 1257 Vaughn St. Louis Mo.*
    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
    *N/A*

3.  In the past 12 twelve months have you received any money from any of the following sources?

    a.  Business, profession or other self-employment     ☑ Yes     ☐ No
    b.  Rent payments, interest or dividends               ☐ Yes     ☑ No
    c.  Pensions, annuities or life insurance payments     ☐ Yes     ☑ No
    d.  Disability or workers compensation payments        ☑ Yes     ☐ No
    e.  Gifts or inheritances                              ☐ Yes     ☑ No
    f.  Any other sources                                  ☐ Yes     ☑ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

$1900.00  Veterans Pension
6.00.00  Social Security Disability
200.00 to 500.00  American Economic Sec. Equality Assoc.

4.  Do you have **any** cash or checking or savings accounts?   ☑ Yes   ☐ No

If "Yes," state the total amount.   _100.00_

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

If "Yes," describe the property and state its value.

N/A

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

Cameron Bryant (Son)
350.00 per month

Eboni Bryant Rodgers (daughter)
400.00 per month

I declare under penalty of perjury that the above information is true and correct.

May 15 2007 _____ Tom W. Rodgers _____
Date                        Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# MCLEAN COUNTY
## INMATE TRUST TRANSACTION REPORT (BOOKING NUMBER)

**Booking Number:** 130166040        **Name:**   RODGERS, TOM WALLACE

| Transaction Date | Transaction Type | Transaction Amount | Negotiable Instrument | Officer | Adjustment Code |
|---|---|---|---|---|---|
| 04/05/07 | FREE POSTAGE | $0.01 | No charge (indigent) | PHARES, TOM | |
| 04/03/07 | FREE INDIGENT BAG | $0.01 | No charge (indigent) | REUTER, JENNIFER | |

**Trust Balance:**

## MCLEAN COUNTY
## INMATE TRUST TRANSACTION REPORT (BOOKING NUMBER)

**Booking Number:** 130164213       **Name:**   RODGERS, TOM WALLACE

| Transaction Date | Transaction Type | Transaction Amount | Negotiable Instrument | Officer | Adjustment Code |
|---|---|---|---|---|---|
| 02/02/07 | IN COUNTY BOND | $100 | Transfer/Debit/Credit | WINANS, OVID | |
| 01/31/07 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 01/30/07 | DEPOSIT | $100 | Check/Money Order | PHILLIPS, TINA | |
| 01/29/07 | FREE INDIGENT BAG | $0.01 | No charge (indigent) | POSHARD, BETTY | |
| 01/26/07 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 01/23/07 | FREE POSTAGE | $0.01 | No charge (indigent) | PHARES, TOM | |
| 01/22/07 | FREE INDIGENT BAG | $0.01 | No charge (indigent) | POSHARD, BETTY | |
| 01/19/07 | FREE INDIGENT BAG | $0.01 | No charge (indigent) | SCHROEDER, THOMAS | |
| 01/19/07 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |

**Trust Balance:**       $0

# MCLEAN COUNTY
## INMATE TRUST TRANSACTION REPORT (BOOKING NUMBER)

**Booking Number:** 130162060          **Name:**   RODGERS, TOM WALLACE

| Transaction Date | Transaction Type | Transaction Amount | Negotiable Instrument | Officer | Adjustment Code |
|---|---|---|---|---|---|
| 11/02/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 11/01/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 10/30/06 | FREE INDIGENT BAG | $0.01 | No charge (indigent) | POSHARD, BETTY | |
| 10/27/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 10/25/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 10/25/06 | FREE LEGAL POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 10/23/06 | FREE INDIGENT BAG | $0.01 | No charge (indigent) | POSHARD, BETTY | |
| 10/20/06 | FREE INDIGENT BAG | $0.01 | No charge (indigent) | REED, BRADLEY | |
| 10/20/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |

**Trust Balance:**

## MCLEAN COUNTY
## INMATE TRUST TRANSACTION REPORT (BOOKING NUMBER)

**Booking Number:** 130161099          **Name:**  RODGERS, TOM WALLACE

| Transaction Date | Transaction Type | Transaction Amount | Negotiable Instrument | Officer | Adjustment Code |
|---|---|---|---|---|---|
| 10/04/06 | DEPOSIT | $441.5 | Check/Money Order | PHILLIPS, TINA | |
| 10/04/06 | IN COUNTY BOND | $200 | Transfer/Debit/Credit | HUGHES, DIANE | |
| 10/04/06 | IN COUNTY BOND | $1,000 | Transfer/Debit/Credit | HUGHES, DIANE | |
| 10/04/06 | WITHDRAWAL | $286.5 | Transfer/Debit/Credit | MILLER, JENNIFER | |
| 10/04/06 | BOND FEE | $25 | Transfer/Debit/Credit | HUGHES, DIANE | |
| 10/04/06 | BOND FEE | $25 | Transfer/Debit/Credit | HUGHES, DIANE | |
| 10/03/06 | DEPOSIT | $1,095 | Check/Money Order | PHILLIPS, TINA | |
| 10/03/06 | FREE POSTAGE | $0.01 | No charge (indigent) | HUGHES, DIANE | |
| 09/26/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 09/22/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 09/18/06 | INDIGENT BAG | $0.28 | Transfer/Debit/Credit | POSHARD, BETTY | |
| 09/14/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 09/12/06 | DEPOSIT | $1.33 | Cash | VASQUEZ, ALEX | |
| 09/12/06 | INDIGENT BAG | $1.05 | Transfer/Debit/Credit | PEIFER, PAT | |

**Trust Balance:**          $0

# MCLEAN COUNTY
## INMATE TRUST TRANSACTION REPORT (BOOKING NUMBER)

**Booking Number:** 130160426          **Name:**   RODGERS, TOM WALLACE

| Transaction Date | Transaction Type | Transaction Amount | Negotiable Instrument | Officer | Adjustment Code |
|---|---|---|---|---|---|
| 08/18/06 | FREE INDIGENT BAG | $0.01 | No charge (indigent) | BAY, SARA | |

**Trust Balance:**

# MCLEAN COUNTY
## INMATE TRUST TRANSACTION REPORT (BOOKING NUMBER)

**Booking Number:** 130158214          **Name:** RODGERS, TOM WALLACE

| Transaction Date | Transaction Type | Transaction Amount | Negotiable Instrument | Officer | Adjustment Code |
|---|---|---|---|---|---|
| 07/05/06 | DEPOSIT | $800 | Check/Money Order | MAAKS, CATHY | |
| 07/05/06 | IN COUNTY BOND | $1,500 | Transfer/Debit/Credit | HUGHES, ROGER | |
| 07/05/06 | BOND FEE | $25 | Transfer/Debit/Credit | HUGHES, ROGER | |
| 07/05/06 | WITHDRAWAL | $217.01 | Transfer/Debit/Credit | MILLER, JENNIFER | |
| 06/26/06 | COMMISSARY PURCHASE | $84.99 | Transfer/Debit/Credit | MAAKS, RONNIE | |
| 06/14/06 | COMMISSARY REFUND | $21.99 | Transfer/Debit/Credit | MAAKS, RONNIE | |
| 06/14/06 | WITHDRAWAL | $225 | Transfer/Debit/Credit | MILLER, JENNIFER | |
| 06/14/06 | WITHDRAWAL | $20 | Transfer/Debit/Credit | MILLER, JENNIFER | |
| 06/12/06 | COMMISSARY PURCHASE | $149.94 | Transfer/Debit/Credit | MAAKS, RONNIE | |
| 06/09/06 | DEPOSIT | $800 | Cash | CRUZ, CAROL | |
| 06/08/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 06/08/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 06/07/06 | DEPOSIT | $600 | Check/Money Order | LESTER, CHET | |
| 06/05/06 | FREE INDIGENT BAG | $0.01 | No charge (indigent) | POSHARD, BETTY | |
| 06/02/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 06/01/06 | FREE POSTAGE | $0.01 | No charge (indigent) | REED, BRADLEY | |
| 05/30/06 | FREE INDIGENT BAG | $0.01 | No charge (indigent) | POSHARD, BETTY | |
| 05/30/06 | FREE POSTAGE | $0.01 | No charge (indigent) | REED, BRADLEY | |
| 05/22/06 | FREE POSTAGE | $0.01 | No charge (indigent) | REED, BRADLEY | |
| 05/22/06 | FREE INDIGENT BAG | $0.01 | No charge (indigent) | MAAKS, RONNIE | |
| 05/19/06 | FREE INDIGENT BAG | $0.01 | No charge (indigent) | SCHROEDER, THOMAS | |

**Trust Balance:**          $0

# MCLEAN COUNTY
# INMATE TRUST TRANSACTION REPORT (BOOKING NUMBER)

**Booking Number:** 130157469        **Name:** RODGERS, TOM WALLACE

| Transaction Date | Transaction Type | Transaction Amount | Negotiable Instrument | Officer | Adjustment Code |
|---|---|---|---|---|---|
| 05/05/06 | WITHDRAWAL | $28 | Transfer/Debit/Credit | MILLER, JENNIFER | |
| 05/04/06 | DEPOSIT | $353 | Cash | MORGAN, BRENDA | |
| 05/04/06 | IN COUNTY BOND | $300 | Transfer/Debit/Credit | CHURCHILL, MOLLI | |
| 05/04/06 | BOND FEE | $25 | Transfer/Debit/Credit | CHURCHILL, MOLLI | |
| 05/04/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 05/04/06 | FREE POSTAGE | $0.01 | No charge (indigent) | MAAKS, CATHY | |
| 05/02/06 | FREE POSTAGE | $0.01 | No charge (indigent) | REED, BRADLEY | |
| 05/02/06 | FREE POSTAGE | $0.01 | No charge (indigent) | REED, BRADLEY | |
| 05/01/06 | FREE POSTAGE | $0.01 | No charge (indigent) | REED, BRADLEY | |
| 05/01/06 | FREE POSTAGE | $0.01 | No charge (indigent) | REED, BRADLEY | |
| 05/01/06 | INDIGENT BAG | $0.05 | Transfer/Debit/Credit | POSHARD, BETTY | |
| 04/26/06 | FREE POSTAGE | $0.01 | No charge (indigent) | REED, BRADLEY | |
| 04/24/06 | COMMISSARY PURCHASE | $0.48 | Transfer/Debit/Credit | POSHARD, BETTY | |
| 04/17/06 | COMMISSARY PURCHASE | $2.42 | Transfer/Debit/Credit | POSHARD, BETTY | |
| 04/16/06 | DEPOSIT | $4 | Cash | ARBUCKLE, TRENT | |
| 04/16/06 | INDIGENT BAG | $1.05 | Transfer/Debit/Credit | REUTER, JENNIFER | |

**Trust Balance:** $0

# MCLEAN COUNTY
## INMATE TRUST TRANSACTION REPORT (BOOKING NUMBER)

**Booking Number:** 130157266        **Name:**   RODGERS, TOM WALLACE

| Transaction Date | Transaction Type | Transaction Amount | Negotiable Instrument | Officer | Adjustment Code |
|---|---|---|---|---|---|
| 04/11/06 | BOND FEE | $0.67 | Transfer/Debit/Credit | CHURCHILL, MOLLI | |
| 04/08/06 | DEPOSIT | $1.72 | Cash | KESSINGER, JAYSON | |
| 04/08/06 | INDIGENT BAG | $1.05 | Transfer/Debit/Credit | BAY, SARA | |

**Trust Balance:**        $0

E-FILED
Tuesday, 05 June, 2007 08:20:31 AM
Clerk, U.S. District Court, ILCD
Page 1

RECEIVED
JUN 0 4 2007
U.S. CLERK'S OFFICE
PEORIA, ILLINOIS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

Tom W. Rodgers
_____
**Plaintiff**          )
                       )
                       )
vs.                    ) Case No. _07-143_
McLean County Detention Facility )
MCDF #6656 (off): Diane Hughes )
MCDF #66 Thomas Schroeder )
Lorrie Adams )
BP40 #5731 Thomas Rend )
_____
**Defendant(s)**       )

## COMPLAINT

☑ **42 U.S.C. §1983** (suit against state officials for constitutional violations)

☐ **28 U.S.C. § 1331** (suit against federal officials for constitutional violations)

☑ **Other** _Suit Against City officials / Employees_
— _for Constitutional violations_

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, _Tom W. Rodgers_, and states as follows:

My current address is: _McLean County Detention Facility_
_104 West Front St. P.O. Box # 2400 Rm # 700_
_Bloomington Il. 61702-2400_

The defendant _____, is employed as _____
at _____

The defendant _Corrections of Lorrie Adams_ is employed as _McLean County Detention Facility_ at _104 West Front Street_
_P.O. Box # 2400 Rm 700, Bloomington Il._
_61702-2400_

Page 2

*McLean Co. Corrections Officer*

The defendant *Thomas Schroeder* is employed as *McLean County Detention Facility* at *104 W. Front Street, P.O. Box # 2400 Rm. 200 Bloomington Il. 61702*

*McLean Co. Corrections officer Sgt.*

The defendant *Diane Hughes*, is employed as *McLean County Detention Facility* at *104 W. Front Street P.O. Box # 2400 Rm 200 Bloomington Il. 61702-2400*

The defendant *Thomas Rena*, is employed as *Bloomington police Dept* at *109 East Olive, Bloomington Il. 61701*

I.D. #5731

(revised 9/96)

Additional defendants and addresses *McLean Co. Corrections off. Louie Adams*

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

**LITIGATION HISTORY**

A.  Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?          Yes ✓          No ☐

If yes, please describe

*State of Missouri, City of St. Louis, St Louis City Jail violations of 8th Amendment Rights*

B.  Have you brought any other lawsuits in state or federal court while incarcerated?
                    Yes ✓          No ☐

C.  If your answer to B is yes, how many?  __1__  Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

    1.  Parties to previous lawsuit:
    Plaintiff(s)  *Tom W. Rodgers*
    Defendant(s)  *St. Louis City Jail, St. Louis City Correctional employees: Captain Casey, et al*

    2.  Court (if federal court, give name of district; if state court, give name of county)
    *U.S. District Court Eastern Dist. filed in Missouri*

3. Docket Number/Judge

*I do not recall*

4. Basic claim made

*Violation of 8th Amendment Rights Cruel & unusual Punishment*

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?)

*Case was dismissed due to late filing*

6. Approximate date of filing of lawsuit *2000 December*

7. Approximate date of disposition *2003*

For additional cases, provide the above information in the same format on a separate page. *NONE*

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☒

No ☐   If your answer is no, explain why not *Presently requesting Standard operating Procedure for use of Taser, Also Presently reviewing Discovery at date + time of Incident*

C. Is the grievance process completed?   Yes ☐   No ☒

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY*

*INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

### STATEMENT OF CLAIM    *Bloomington Il 61702*

Place of the occurrence *McLean County Detention Facility*

Date of the occurrence *May 17th 2006 at approx 2338hrs*

Witnesses to the occurrence *Corrections off. Lester, Sgt Diane Hughes*

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph.*
*Unrelated claims should be raised in a separate civil action.*
### THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

On May 17, 2006 I arrived at McLean County Detention Facility, after leaving my previous residence at 817 Market Street Normal Il 61761. I had done this in order to turn myself in on a misdemeanor warrant.

(1) Upon being searched in the booking facility I was subjected to electric shock by officer Thomas Rena, by being drive stunned with a X26 Taser at least 3 to 4 times while officer Rena, a man of at least 245 lbs sat on top of me.

(2) I was also drive stunned by Corrections officer, Sergeant. Diane Hughes who is now Operations Supervisor.

(3). I was also repeatedly drive stunned by off. Thomas Schoeder.

(4) During this time of less than 20 minutes I was taged, and Drive stunned countless times by the officer mentioned as well as dragged from the booking room through the metal detectors. I sustained several abrasions to my knees and arms; as well as legs.

(5.) Officer Lonnie Adams also took part in this outright violation of my 8th amendment Rights. as well as 9th admentment rights.

(6.) Please see the included incident summary report as well.

Tom W. Rod__

492 68 3433

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

I am requesting that the charges of aggravated battery, resisting, obstructing and disarming a officer be dismissed.

I am also requesting $250,000.00 in physical and mental damages be awarded to myself

I am also asking the court to review the constitutional parameters and scope of Taser Usage.

**JURY DEMAND**       Yes ☑       No ☐

Signed this ___15th___ day of ___May___ ,

~~19~~ 2007

*( Signature of Plaintiff)*

| Name of Plaintiff: Tom W. Rodgers | Inmate Identification Number: 10047244/ |
|---|---|
| Address: 8014 Parkway dr. University City, MO. 63130 | Telephone Number: (314) 994-3071 (309) 660-5109 |

③

②

McLean County Incident Summary Report   )0607212

Date: 06/05/2006 12:56     Tom Rodgers  O6 CF 492     Page: 1   of 5

ort #  200607212          McLean County Detention Fac.

ort Date: 05/18/2006     05:13     Start Date  05/17/2006     23:51
                                   End Date:

200607212

Status:  03 - Cleared by adult arrest

ummary:    IR06-0746

Report Type:

## Incident Location

Address      104 W FRONT STR  ROM 200

Intersection:                                                    Distance:

        BLOOMINGTON CITY TOW, IL  61702- 2400       *Reverend*

IR 06-746                                            *Emly Win/*

## Incident Offenses

# 1 - 0410 AGGRAVATED BATTERY - TOM W. RODGERS(AKA & BOOKED AS TOMMIE EDWARD RODGERS-
100034249)FOUGHT AND STRUCK - Original Report

# 2 - 3710 RESISTING,OBSTRUCTING,DISARMING AN OFFICER -  - Original Report

## Incident People

RODGERS, TOM -  - Suspect - Original Report                    100472441

HUGHES, DIANE -  - Victim - Original Report                    100505737

SCHROEDER, THOMAS -  - Victim - Original Report                100505738

ADAMS, LORRIE -  - Victim - Original Report                    100505739

## Incident Businesses

SOCIETY Original Report                                        240024054

## Incident Vehicles

## Incident Officers

| Reporting CORRECTIONS SERGEANT DIANE HUGHES - MCDF - 6656 - Original Report |
| Assisting CORRECTIONS OFFICER THOMAS SCHROEDER - MCDF - 6667 - Original Report |
| Assisting CORRECTIONAL OFFICER LORRIE ADAMS - MCDF - 10884 - Original Report |
| Assisting OFFICER THOMAS RENA - BPD - 5731 - Original Report |

*Reduction to (M)*

*Plea / Drops.*

## McLean County Incident Summary Report    00607212

Date:  06/05/2006 12:56                                           Page: 2    of 5

| | |
|---|---|
| Approving CORRECTIONS SERGEANT DIANE HUGHES - MCDF - 6656 - Original Report | (A) |
| Supplemental Reporting OFFICER THOMAS RENA - BPD - 5731 - Supp. #2 | ✓ (B) |
| Approving LIEUTENANT STANLEY HARRIS - BPD - 3754 - Supp. #2 | |
| Supplemental Reporting CORRECTIONS OFFICER THOMAS SCHROEDER - MCDF - 6667 - Supp. #3 | ✓ (C + D) |
| Approving CORRECTIONS SERGEANT DIANE HUGHES - MCDF - 6656 - Supp. #3 | ✓ (# A) |

## McLean County Incident Summary Report    00607212

Date:  06/05/2006 12:56                                          Page: 3    of 5

**Incident Narrative 1       05/18/2006      05:06**

**Reporting CORRECTIONS SERGEANT DIANE HUGHES - MCDF, ID # 6656**

Suspect:  Tom Wallace Rodgers D.O.B. 04-18-64  SS# 492683433  id# 100472441
Booked under Tommie Edward Rodgers 130158214 (100034249)

On 05-17-06 at 2338 hours Tom W. Rodgers was brought into the MCDF by MCSP Patrick for two McLean County warrants.  His field arrest was under the incorrect Rodgers, however.  The field arrest was for Tommie Edward Rodgers.  The person in custody is Tom Wallace Rodgers.

Sgt. Schroeder (6667) was in the booking search room bringing in Mr. Rodgers.  I went in the search room to assist Sgt. Schroeder.  While Sgt. Schroeder instructed Mr. Rodgers I began going through his property.  Sgt. Schroeder was instructing Mr. Rodgers to remove certain property on his person so that he could be searched per MCDF policy.  During Sgt. Schroeder's instructions Mr. Rodgers made reference to his property and threatened to sue Sgt. Schroeder if it wasn't in the exact order he wanted.  Sgt. Schroeder instructed Mr. Rodgers to remove his socks so they can be searched.  Mr. Rodgers stated that he was not going to remove his socks.  Sgt. Schroeder told Mr. Rodgers to step up to the wall so he could be pat searched.  Sgt. Schroeder told Mr. Rodgers to put his hands on the wall.  I stepped up from behind the desk and stood behind Sgt. Schroeder due to Mr. Rodgers demeanor and for officer safety concerns.  Mr. Rodgers removed his hands from the wall several times and Sgt. Schroeder told him each time to put his hands back on the wall.  Mr. Rodgers again removed his hands from the wall and reached towards the officer's desk.  There was numerous items of Mr. Rodgers on the desk which still needed searched.  Sgt. Schroeder then took hold of Mr. Rodgers arm to keep him from taking anything from the desk.  At this time Mr. Rodgers began to struggle with Sgt. Schroeder.  During this time Mr. Rodgers made comments about how he wasn't afraid of our Taser's.  I took hold of Mr. Rodgers other arm.  I called Officer Adams for assistance.  Officer Adams arrived and I still had a hold of Mr. Rodgers and had my Taser in my other hand.  Due to the proximity to Mr. Rodgers I removed the Taser Cartridge in case I had to drive stun Mr. Rodgers.  Mr. Rodgers began actively fighting with myself and Sgt. Schroeder.  Mr. Rodgers was taken to the ground.  Mr. Rodgers continued fighting myself, Sgt. Schroeder and Officer Adams.  I took my Taser and drive stunned Mr. Rodgers.  He continued to fight with us and was kicking us.  I continued to drive stun Mr. Rodgers but was not able to make a good connection due to his violent fighting.  *4 officers @ this point*

NPD Officer Rena arrived to assist.  Officer Rena took a hold of Mr. Rodgers and we went through the metal detector.  We got caught up in between the metal detector and Mr. Rodgers continued to fight despite commands to stop.  Officer Adams came from behind and pushed me, Sgt. Schroeder and Mr. Rodgers through the metal detector.  I continued to be unable to get in a good position to drive stun Mr. Rodgers.  Officer Rena was in a better position so I handed him the taser.  Mr. Rodgers finally put his hands up and said he was done.  He was instructed to roll over on his belly.  I cuffed Mr. Rodgers.  Mr. Rodgers was taken to booking cell #6.  The cuffs were removed and we exited the cell.  Mr. Rodgers was placed in cell #6 at 2353.

As a result of Mr. Rodgers fighting with us Sgt. Schroeder sustained a scraped and bruised arm and a scrape on his face.  I sustained a scraped and sore right knee, a scraped and bruised right wrist and sore hip and a strained right shoulder.  Officer Adams sustained an injured and bruised and scraped left knee.

*These injuries were/may have more than likely have been caused by Excessive Force, Much to much zeal.*

*Subpeona off. Lester on duty @ Reception desk on 5-17-06, I checked in with him to turn myself in.*

## McLean County Incident Summary Report    00607212

Date:  06/05/2006 12:56

Page: 4    of 5

**Incident Narrative 2      05/18/2006      05:36**

**Supplemental Reporting OFFICER THOMAS RENA - BPD, ID # 5731**

On Wednesday, May 17th, at approximately 2330 hours, I was at McLean County Jail processing a subject that Ofc. S. Brown had just arrested.  On this night, Ofc. Brown and I were a two man training unit.  After we were done processing our subject, I heard Sgt. Hughes and Sgt. Schroder yelling for help next door in the booking area.  It sounded like they were having problems with a subject that had just been brought in for a warrant.

*Came Crashing through Entry*

I went next door to help them.  When I went in the booking room, Sgt. Schroder was on the floor with a b/m and Sgt. Hughes was attempting to drive stun the b/m.  At this point the b/m was actively attacking Sgt. Schroder.  I saw the b/m was punching at Sgt. Schroder and he appeared to be kicking at Sgt. Hughes.  I was able to grab one of his legs and then one of his arms.  I was trying to pull his body off balance so he could not hit any of us.  Several times the b/m almost struck me.  I attempted to kick his common peronial nerve in his leg, how ever he was still moving and I missed my target.  We were finally able to get the b/m into the room right next to the main booking area.

*EARLIER SEE I WAS SUITED TO ADLER by HAVE been on GROUND* **(D.)** *hoked wife*

Once in the other room, the b/m was on his stomach so I placed my hands on the back of his neck to keep him down on the ground.  During this time the b/m was still thrashing around and attempting to kick us.  Sgt. Hughes was attempting to drive stun the b/m but was having little to no effect on the b/m.  The b/m was able to roll over on this back and was attempting to punch me but I was able to stay back enough not to get hit.  During this time I had my hand on his neck trying to push his back down on the floor.  The b/m grabbed the necklace badge I had on and was preparing to rip it off of me.  Sgt. Hughes was able to deliver several drive stuns to the b/m and he let go of my badge.  The b/m went towards Sgt. Hughes and appeared as if he was going to attack her.  I was able to push him down to the floor.  Sgt. Hughes was not in a good position to tase the b/m anymore.  Sgt. Hughes then handed me her taser, in which I began to drive stun the b/m several times in back of his leg.  The b/m rolled over onto his stomach and I was able to tase the b/m a couple more times in his buttock.  The b/m got away from us and we backed up.  I advised Sgt. Schroder if the b/m moved again, tase him with probes.  We were finally able to get the b/m to calm down enough to handcuff him.  We then escorted the b/m into a holding cell.

See supplement reports for further details.

*IN my stomach
after Sgt Hughes departs
I said I'm Done*

*" Hit Him Again "
off. Thomas Rena*

## McLean County Incident Summary Report    00607212

Date: 06/05/2006 12:56                                                                                    Page: 5   of 5

Incident Narrative 3     05/18/2006     05:13

Supplemental Reporting CORRECTIONS OFFICER THOMAS SCHROEDER - MCDF, ID # 66

On 05/18/2006 at 2338 hours, MCSP brought in Tom Rodgers(ID#10047244) on two Mclean County Warrants. Sgt. Hughes(ID#6656) was inventorying his property while I(Sgt. Schroeder #6667) searched through his loose property and waited to search him. During the intake process Inmate Rodgers was continually disruptive by not wanting to listen to instruction and he continued talking how he would sue us if his property was not in the order he expected to be in. He continued to be very slow with acknowledging the orders given to him. I then ~~Complied~~ instructed him to remove his socks for the pat search. He stated that his socks would not be removed. I then instructed him to place his hands on the wall so I could perform a pat search. I then began to search him. He continually took him arms off the wall reaching for items on the table. I continually told him to keep his hands on the wall due to the fact I had been informed by patrol that he had not been searched well along with his bags and he would need searched more thoroughly. Also having had contact with him during his prior arrest, I knew him to be a combative subject. He become more agitated when given instruction and kept pulling away from me. I then took his left arm to place it on the wall and he then began to pull away. Sgt. Hughes then took hold of his right arm. He then began to resist both of us. We attempted to place him on the floor and he continued to struggle with us. We called officer Adams(ID#10884) from booking to assist. Bpd officer Rena entered from DUI to assist in restraining him. We then got him to the floor where he continually attempted to kick us. Sgt. Hughes performed a drive stun. He continued to resist. As we were restraining him, Officer Adams shoved Officer Rena, Rodgers and myself through the metal detector along with Sgt. Hughes falling to the right side of the metal detector. At this point, I pulled my X26 TAZER to taze him. I was straddling him and was within 2-feet of him when he grabbed the cartridge off the end of the TAZER. I then placed another cartridge on the X26. Rodgers started to yell that he was done and did not want to continue. At this time, i kept the TAZER on him and Sgt. Hughe placed handcuffs on him. He was then escorted to booking Cell #6 where he was placed. During his placement in Cell #6 he was yelling for a large part of the night. During this incident, I received a scratch to the right side of my face along with a swollen elbow. Photos were taken of the injuries and placed with the report.

*Injuries may have been caused while officers were being shoved by fellow officer Adams.*