E-FILED
Tuesday, 05 June, 2007  08:22:36 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

Tom W. Rodgers )
Plaintiff(s) )
 )
vs. )
City of Bloomington Il. ) Case Number: 07-1143
McLean County Detention )
Defendant(s) )
Facility et-al )

FILED
JUN 04 2007
JOHN M. WATERS
U.S. DISTRICT
CENTRAL DISTRICT OF ILLINOIS

### MOTION FOR APPOINTMENT OF COUNSEL

I, Tom W. Rodgers, declare that I am the (check appropriate box):

[✓] Plaintiff  [ ] Defendant   In the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: Speaking with private counsel by appearing as walk in to office.

In further support of my motion, I declare that (check appropriate box):

[✓] I am not currently, nor previously have been represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

[ ] I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

In further support of my motion, I declare that (Check appropriate box)

[✓] I have attached an original Application to Proceed In Forma Pauperis detailing my financial status.

[ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is true and correct representation of my financial status.

[ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

I declare under penalty of perjury that the foregoing is true and correct.

Date: May 15, 2007

Tom W. Rodgers
Movant's Signature

104 West Front Street
P.O. Box # 2400 Rm #200
Street Address   McLean County Detention Facility
City/State/Zip
Bloomington Il, 61701