

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

June 5, 2007

                Re: Tom W. Rodgers
                Case No. 07-1143

Trust Fund Department
McLean County Detention Center
104 West Front St.
PO Box 2400
Bloomington, IL 61702

The Clerk of the Court recently received a complaint and a petition to proceed in forma pauperis from the above named inmate.  In order for the Court to determine whether he is entitled to proceed in forma pauperis, the Court must review his trust fund ledgers for the six months immediately proceeding receipt of his complaint.  Therefore, the Clerk of the Court respectfully requests that you provide to the Court a copy of the above named inmate's trust fund ledgers for the period **12/4/2006-6/4/2007**, within fourteen days of the date of this letter.  Please mail the trust fund ledgers to:

      United States District Court
      Central District Of Illinois
      309 Federal Building
      100 N.E. Monroe
      Peoria, IL 61602

Please refer to the above referenced case number when submitting the trust fund ledgers.  Thank you.

                Sincerely,

                John M. Waters

                Clerk, U.S. District Court

cc: Inmate