E-FILED
Wednesday, 06 June, 2007  04:19:08 PM
 Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Tom W Rodgers** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 07-1143** |
| **McLean County Detention Facility et al** | ) | |
| Defendant | ) | |

**TO:  THE WARDEN of** McLean County Detention Center at Bloomington, IL.

     **WE COMMAND** that you produce the body of **Tom W Rodgers**, who is in your custody at McLean County Detention Center before the United States District Court on **Wednesday, 7/11/07 at 9:45 A.M.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.  At the termination of said hearing you may return him to his current regular assignment.

     **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED:  6/6/07

                                               JOHN M. WATERS, CLERK
                                               UNITED STATES DISTRICT COURT

                                               BY:_____s/ S. Marvel_____
                                                     Deputy Clerk