# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Tom W. Rodgers**

vs.

Case Number:   **07-1143**

**McLean County Detention Facility; Lorrie Adams; Thomas Schroeder; Thomas Rena; and Diana Hughes**

**DECISION BY THE COURT**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed for failure to state a claim pursuant to Fed. R. Civ. Proc. 12(b)(6) and 28 U.S.C. § 1915A. The parties are to bear their own costs.

ENTER this 2nd day of July, 2007

JOHN M. WATERS, CLERK

s/M. Leininger
BY:  DEPUTY CLERK